|   |   |
|---|---|
| 1 | Lisa M. Golden, Esq. (LMG 2148) |
| 2 | GOLDEN HIRSCHHORN LLP |
|   | 1050 Franklin Avenue, Ste. 108 |
| 3 | Garden City, New York  85251 |
|   | Tel:  (516) 307-1616 |
| 4 | lmg@ghlawny.com |
|   | *Attorneys for Peter J. Cappiello, Sr* |
| 5 | *And Ann Cappiello* |

Lisa M. Golden, Esq. (LMG 2148)
GOLDEN HIRSCHHORN LLP
1050 Franklin Avenue, Ste. 108
Garden City, New York  85251
Tel:  (516) 307-1616
*lmg@ghlawny.com*
*Attorneys for Peter J. Cappiello, Sr*
*And Ann Cappiello*

Tyler Q. Swensen, Esq.
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 N. 3rd Street
Phoenix, Arizona 85004
Tel: (602)606-2810
*TylerS@wb-law.com*
*Attorney for JV Wholesalers, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BHPH Capital, LLC., a Delaware limited liability company, | Case No. 2:22-cv-00143-PHX-DJH |
| Plaintiff, | **MOTION TO DISMISS** <br> **COMPLAINT WITH PREJUDICE** |
| v. | |
| JV Wholesalers, LLC, a New Jersey limited liability company dba Century Motor Cars; Victor C. Breen and Tara Breen, husband and wife; James M. Lithgow, Jr. and Jane Doe Lithgow, husband and wife; Peter J. Cappiello Sr. and Ann Cappiello, husband and wife; ABC Corporations, 1-10; DEF Partnerships, 1-10; GHI Limited Liability Partnerships, 1-10; John Does, 1-10; and Jane Does, 1-10, | |
| Defendants. | |

Pursuant to Local Rule of Civil Procedure LRCiv 7.2 (Tyler please confirm), Golden Hirschhorn LLP, through undersigned counsel, applies by motion to the Court for an order dismissing the complaint of Plaintiff, BHPH Capital, LLC ("BHPH"), or in the alternative

striking the complaint filed by BHPH and dismissing the action Local Rule of Civil Procedure LRCiv 7.2(m), as a result of BHPH's failure to the order dated March 4, 2024, which appears on the docket in this matter as document 91, which required BHPH to "on or before April 5, 2024, Plaintiff must either retain substitute counsel and counsel must file a notice of appearance". The Court's efforts to reach BHPH and its principal, Victor Breen, were returned as "unable to forward", as reflected on the docket, document numbers 92 and 93. All efforts by our office and Wilenchik & Bartness P.C. to contact or communicate with BHPH have been unsuccessful.

The conduct by BHPH indicates that, Plaintiff has abandoned this action without any further attempt to prosecute the complaint.

This matter has not been set for trial. This motion is being served on BHPH and all other parties or their attorneys. The last know address for BHPH's contact information is as follows:

BHPH
c/o Daniel Serpe
4850 W. Glendate Ave.
Glendale, AZ  85301

Or

13634 S. Canyon Dr.
Phoenix, AZ  85048

Serpe8858@gmail.com
don@bhphcap.com

This motion is also accompanied by a proposed form of order.

Accordingly, Golden Hirschhorn LLP and Wilenchik & Bartness, P.C. respectfully requests that the Court enter the proposed order submitted with this motion.

RESPECTFULLY SUBMITTED this 26 day of April, 2024.

GOLDEN HIRSCHHORN LLP

By: /s/ Lisa M. Golden
Lisa M. Golden, Esq.
1050 Franklin Avenue, Ste. 108
Garden City, New York 85251
Attorneys for Peter J. Cappiello Sr.
And Ann Cappiello


WILENCHIK & BARTNESS, P.C.

By: /s/ Tyler Q. Swensen
Tyler Q. Swensen, Esq.
The Wilenchik $ Bartness Building
2810 N. 3rd Street
Phoenix, Arizona 85004
Attorneys for JV Wholesalers, LLC

## CERTIFICATE OF SERVICE

I hereby certify that April 26, 2024, I electronically transmitted the attached document to:

Via U.S. Mail to:

Victor C. Breen and Tara Breen
398 Main Street
West Creek, NJ 08092
*Defendants Pro Per*

James M. Lithgow Jr.
10908 Tarflower Dr.
Venice, FL 34293
Defendant Pro Per

Via U.S. Mail and Email to:

BHPH
c/o Daniel Serpe
4850 W. Glendate Ave.
Glendale, AZ 85301

BHPH
c/o Daniel Serpe
13634 S. Canyon Dr.
Phoenix, AZ 85048
Serpe8858@gmail.com
don@bhphcap.com

/s/ Heidi Wellbrock

4