|   |   |
|---|---|
| 1 | Lisa M. Golden, Esq. (LMG 2148) |
| 2 | GOLDEN HIRSCHHORN LLP<br>1050 Franklin Avenue, Ste. 108 |
| 3 | Garden City, New York 85251<br>Tel: (516) 307-1616 |
| 4 | lmg@ghlawny.com<br>Attorneys for Peter J. Cappiello, Sr |
| 5 | And Ann Cappiello |
| 6 | Tyler Q. Swensen, Esq. |
| 7 | Dennis I. Wilenchik, Esq.<br>The Wilenchik & Bartness Building |
| 8 | 2810 N. 3rd Street<br>Phoenix, Arizona 85004 |
| 9 | Tel: (602)606-2810<br>TylerS@wb-law.com |
| 10 | Attorney for JV Wholesalers, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BHPH Capital, LLC., a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>JV Wholesalers, LLC, a New Jersey limited liability company dba Century Motor Cars; Victor C. Breen and Tara Breen, husband and wife; James M. Lithgow, Jr. and Jane Doe Lithgow, husband and wife; Peter J. Cappiello Sr. and Ann Cappiello, husband and wife; ABC Corporations, 1-10; DEF Partnerships, 1-10; GHI Limited Liability Partnerships, 1-10; John Does, 1-10; and Jane Does, 1-10,<br><br>    Defendants. | Case No. 2:22-cv-00143-PHX-DJH<br><br>**MOTION TO DISMISS**<br>**(WITH PREJUDICE)** |

Defendants JV Wholesalers, LLC, Peter J. Cappiello, and Ann Cappiello, by and through their respective, undersigned counsel and pursuant to Rule 41(b), FRCP, move the Court for an order dismissing this action based on Plaintiff's failure to comply with the Court's Order dated March 4, 2024, (Doc. 91), requiring Plaintiff "**retain substitute counsel and … file a Notice of**

1 **Appearance**" by said substitute counsel "**on or before April 5, 2024**[.]" (Emphasis in original.). The Court's efforts to reach BHPH and its principal, Daniel Serpe, since the Order (Doc. 91) was issued were both returned as "unable to forward." (Docs. 92 and 93). Likewise, all efforts by undersigned counsel to contact or communicate with BHPH have been unsuccessful. Plaintiff's conduct indicates that it has abandoned this action and will not take any further action to prosecute it. Therefore, the Court should dismiss it with prejudice.

This motion is being served on Plaintiff and all other parties or their attorneys. The last known addresses (for both email and U.S. Mail) for BHPH are as follows:

> BHPH
> c/o Daniel Serpe
> 4850 W. Glendate Ave.
> Glendale, AZ 85301
>
> 13634 S. Canyon Dr.
> Phoenix, AZ 85048
>
> Serpe8858@gmail.com
> don@bhphcap.com

RESPECTFULLY SUBMITTED this 24 day of April, 2024.

> GOLDEN HIRSCHHORN LLP
>
> By: /s/ Lisa M. Golden
> Lisa M. Golden, Esq.
> 1050 Franklin Avenue, Ste. 108
> Garden City, New York 85251
> Attorneys for Peter J. Cappiello Sr.
> And Ann Cappiello
>
> WILENCHIK & BARTNESS, P.C.
>
> By: /s/ Tyler Q. Swensen
> Tyler Q. Swensen, Esq.
> The Wilenchik & Bartness Building
> 2810 N. 3rd Street
> Phoenix, Arizona 85004
> Attorneys for JV Wholesalers, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that April 26, 2024, I transmitted the attached document:

Via U.S. Mail to:

Victor C. Breen and Tara Breen
398 Main Street
West Creek, NJ 08092
*Defendants Pro Per*

James M. Lithgow Jr.
10908 Tarflower Dr.
Venice, FL 34293
Defendant Pro Per

Via U.S. Mail and Email to:

BHPH
c/o Daniel Serpe
4850 W. Glendate Ave.
Glendale, AZ  85301

BHPH
c/o Daniel Serpe
13634 S. Canyon Dr.
Phoenix, AZ  85048
Serpe8858@gmail.com
don@bhphcap.com

/s/ Heidi Wellbrock

3